UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | No. 2:17-cv-0912-EFB P |
| Petitioner, | |
| v. | ORDER |
| NEW FOLSOM STATE PRISON WARDEN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He attacks a conviction imposed by the Los Angeles County Superior Court, which lies in the United States District Court for the Central District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred the Western Division of the United States District Court for the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d).

DATED: May 15, 2017.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE