UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTOINE DESHAWN BARNES, | Case No. CV 17-3670-PA(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| NEW FOLSOM STATE PRISON, WARDEN, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: September 13, 2017

Percy Anderson
United States District Judge